# Peter J. Hildebrand, JD & CPCU

Peter Hildebrand, LLC
Insurance and Reinsurance Consulting
3418 Woodshire Crossing
Marietta, GA 30066-8714
404-384-0716 (cell)
678-560-3728
**pjhildebrand@bellsouth.net**

EIN# 20-4114769

01/18/08

Robert Darroch, Esq

Adam Jaffe, Esq

Goodman, McGuffey, Lindsey & Johnson, LLP

(Via email)

Re: Wooten vs Carraway – My File# 00026

**National Surety Billing** for Hildebrand Deposition

___

11/18/07        Deposition preparation (3.2 Hrs)

11/19/07        Further preparation for deposition  (3.0 Hrs)

11/19/07        Travel to deposition (1.5 Hrs)

11/19/07        Testify at Deposition (1.2 Hrs)

11/19/07        Travel time back to office (1.75 Hrs)

01/09/08        Review policy and notes in preparation for deposition  Additional file review and preparation;
                Review additional discovery in the form of claim notes provided by insurance company; (5.5 Hrs.)

01/10/08        Final deposition preparation; travel to deposition; (2.5 Hrs)

01/10/08        Testify in deposition (6.75 Hrs.)

01/10/08        Travel time back to office (2.0 Hrs.)

| Fees: | 7.95 Hrs at $375.00/Hr | | | $2,981.25 |
|---|---|---|---|---|
| | 6.25 Hrs at $250.00/Hr. Travel Time | | | $1,562.50 |
| | 13.20 Hrs at $250.00/Hr Prep Time | | | $3,300.00 |
| | | Total fees | | $7,843.75 |
| Expenses | 1st depo | Mileage/Tolls | 26.00 | |
| | 2nd depo` | Mileage/Tolls | 26.00 | |
| | Copies | 8 @ $0.25 | 2.00 | |
| | | Total expenses | | $ 54.00 |

| | | TOTAL DUE | | $7,897.75 |
|---|---|---|---|---|

Please issue check payable to Peter Hildebrand, LLC

EIN # 20-4114769